Dismissed and Memorandum Opinion filed June 6, 2008








 

Dismissed
and Memorandum Opinion filed June 6, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00463-CR

____________

 

LINDA BURNAMAN BRITTON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

Harris County, Texas

Trial Court Cause No.
1144077

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered and Memorandum
Opinion filed June 6, 2008.

Panel consists of Justices Fowler,
Seymore and Boyce. 

Do not publish C Tex.
R. App. P. 47.2(b).